IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LIFTED RESEARCH GROUP INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-07-4109 |
| § | |
| HEATH ANDREW MELVIN, d/b/a § | |
| YankeeBuff34, Tickets 4 U Anywhere, § | |
| § | |
| Defendant. § | |

ORDER OF DISMISSAL

Defendant, Heath Andrew Melvin filed, a petition in the United States Bankruptcy Court for the Northern District of Texas as Case No. 08-50067-rlj7 on April 3, 2008. A petition filed under 11 U.S.C. §§ 301, *et seq.,* operates as a stay of the continuation of a judicial proceeding against the debtor that was commenced before the initiation of the bankruptcy proceeding. 11 U.S.C. § 362(a)(1). Accordingly, this case is dismissed without prejudice. Plaintiff may reinstate this case upon notice to this court of the discontinuance of the stay pursuant to 11 U.S.C. § 362(c)(2), provided such notice is filed within 30 days after the bankruptcy stay is discontinued.

SIGNED on April 22, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge